

IN THE
TENTH COURT OF APPEALS

No. 10-16-00266-CR

THE STATE OF TEXAS,

Appellant

 v.

JOSEPH A. PEREZ,

Appellee

From the 21st District Court
Burleson County, Texas
Trial Court No. 14,911

MEMORANDUM OPINION

The State of Texas appealed the trial court's order granting the defendant's motion

to suppress which was signed on August 1, 2016. The State has now filed a motion to

withdraw that notice of appeal and dismiss the appeal. The motion is granted, and this

appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed November 9, 2016
Do not publish
[CR25]

